831

**O'BRYAN, O'BRYAN & O'BRYAN**

v.

**Wm. M. HARRISON, Successor Trustee.**

**No. 6262.**

United States Court of Appeals
Tenth Circuit.

Dec. 2, 1959.

W. H. Pat O'Bryan, Oklahoma City, Okl., for appellant.

Luther Bohanon, and James D. Fellers, Oklahoma City, Okl., for appellee.

Before LEWIS and BREITENSTEIN, Circuit Judges, and CHRISTENSON, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee on ground that the notice of appeal was not timely filed.

**NATIONAL FIDELITY LIFE INSURANCE COMPANY**

v.

**James B. HENDERSON.**

**No. 6248.**

United States Court of Appeals
Tenth Circuit.

Dec. 5, 1959.

Doerner, Stuart, Moreland, Campbell & Saunders, Tulsa, Okl., and Morrison, Hecker, Buck & Cozad, Kansas City, Mo., for appellant.

Brown, Brown and Brown, McAlester, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Tonney PENNEY**

v.

**UNITED STATES of America.**

**No. 6225.**

United States Court of Appeals
Tenth Circuit.

Dec. 7, 1959.

Laynie W. Harrod and Nathan S. Sherman, Oklahoma City, Okl., for appellant.

Paul W. Cress, U. S. Atty., and Jack R. Parr, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge.

PER CURIAM.

On joint motion of the parties, cause remanded to the United States District Court for the Western District of Oklahoma for the purpose of permitting the District Court to entertain a motion for a new trial based on newly discovered evidence.